| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Matsch, Richard P | 2. Court or Organization District Court, Denver, CO | 3. Date of Report 4/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Senior | 5. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address United States District Court 1823 Stout Street Denver, Colorado 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED APR 20 10 57 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE · (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE · (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE · (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsch, Richard P | 4/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Checking account, Wells Fargo Bank | A | Interest | L | T | | | | | |
| 2. Abbott Lab - common | D | Dividend | * | | | | | | |
| 3. IBM - common | A | Dividend | * | | | | | | |
| 4. Mellon Financial Corp. - common | E | Dividend | * | | | | | | |
| 5. Merck - common | D | Dividend | * | | | | | | |
| 6. First Commonwealth Financial Corp. | B | Dividend | * | | | | | | |
| 7. 3-M (Minn. Mining & Mfg.) | C | Dividend | * | | | | | | |
| 8. Potomac Electric Power (Pepco Holdings) | B | Dividend | * | | | | | | |
| 9. Norfolk Southern Corp. | A | Dividend | * | | | | | | |
| 10. A.G. Edwards & Sons | A | Dividend | * | | | | | | |
| 11. Hospira, Inc. | | | | | ** | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

*I have disclosed in this report the information which was given to me for purposes of a ▇▇▇ income tax return with ▇▇▇▇ and for compliance with 28 U.S.C. section 455. With the exception of my checking account, all of the property which is the source of the income disclosed on this report is the sole interest and responsibility of ▇▇▇▇ and does not in any way derive from my income, assets, or activities, and I do not derive any benefit from these items except for the sharing of household expenses and the benefit of a ▇▇▇ tax return. I have no knowledge of the values of these assets. Transactions by ▇▇▇▇ for herself in purchase or sale of securities have not been included except for sales which are involved in our ▇▇▇ tax return.

**Acquire from Abbott Lab as stock distribution pursuant to IRC Section 355.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _April 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RICHARD P. MATSCH
SENIOR DISTRICT JUDGE

(303) 844-4627
FAX (303) 335-2311

August 3, 2005

Judge Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2004 Filing

Dear Judge Lisi:

In response to your letter of July 27, 2005, be advised that as disclosed in the notes in Part VIII, all of the property listed in Part VII, excepting for the Wells Fargo Bank checking account, is the sole property of ███████ and the Hospira stock was a distribution from Abbott Labs pursuant to IRC Section 355. No income was received from it during the reporting period and I have no information to its value. I have been informed by her that she also has shares of Imation, a distribution from 3M and Medco Health Solutions, a distribution from Merck. There has been no income from those entities and I have no information as to their value.



Richard P. Matsch

RPM:vw

RECEIVED
2005 AUG -8 A 11:44
FINANCIAL DISCLOSURE OFFICE